UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| **SYMMETRY TOWER/** | ) | Case No. **23-07151** |
| **CHICAGO PROJECT OWNER, LLC,** | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |

## NOTICE OF MEETING OF CREDITORS
## TO BE CONDUCTED TELEPHONICALLY

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Thursday, July 6, 2023, at 1:30 PM**. PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY. PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:

Tel.   888-920-6986
Passcode:   4167855

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE. NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ Spencer Ezell*
Spencer Ezell, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(202) 702-6338

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **SYMMETRY TOWER/** | ) | Case No. **23-07151** |
| **CHICAGO PROJECT OWNER, LLC,** | ) | |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |

## CERTIFICATE OF SERVICE

I, Spencer Ezell, Trial Attorney, certify that on June 2, 2023, I caused to be served copies of the **NOTICE OF MEETING OF CREDITORS TO BE CONDUCTED TELEPHONICALLY** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Spencer Ezell*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Laxmi P. Sarathy          lsarathy@whitestonelawgroup.com

**Parties Served via U.S. First Class Mail:**

Symmetry Tower/Chicago Project Owner, LLC |One Pennsylvania Plaza, 36th Floor|New York, NY 10119 ||||
Cook County Treasurer |118 N Clark Street Unit 112|Chicago, IL 60602-1590| |||
GEI Consultants Inc |120 W Madison St # 1305|Chicago, IL 60602-4198| |||
Peak Properties LLC |2815 W Roscoe Street|Chicago, IL 60618-5819| |||
Skidmore, Owings, & Merrill LLP |224 S Michigan Avenue|Chicago, IL 60604-2526| |||
Wabash Superior 1 LLC |c/o Levenfeld Pearlstein, LLC|2 N. LaSalle St., Suite 1300|Chicago, IL 60602-3709| ||
Walsh Construction |929 W Adams|Chicago, IL 60607-3021| |||
Laxmi P Sarathy |Whitestone, P.C.|17W775 Butterfield Road|Suite 114|ILLINOIS|Oakbrook Terrace, IL 60181-4534|